814

■ CALOGERO MARINO et al., Individually and as Copartners Doing Business as CALMAR CONSTRUCTION COMPANY v. HOME LINES, INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and McNally, JJ. [See 4 A D 2d 1017.]

■ JOHN J. PICIOCCHI, as Administrator of the Estate of ANTHONY PICIOCCHI, Deceased, v. EDWARD W. BRADSHAW.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs. Concur — Botein, P. J., Rabin, Frank, McNally and Bastow, JJ. [See 4 A D 2d 938.]

■ In the Matter of the Construction of the Will of WILLIAM A. COULTER, Deceased. ALICE M. GOUDY, Appellant; PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ. [See 4 A D 2d 1019.]

## (February 6, 1958)

■ In the Matter of SYLVESTER MAZZELLA against DANIEL V. SULLIVAN, as District Attorney of Bronx County.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ LEATHER DEVELOPMENT CORP. et al., v. DUN & BRADSTREET, INC. et al. — Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

## (February 11, 1958)

■ ROTO-WAC REALTY CORP., Respondent, v. ROTO-LITH LTD., Appellant. — Judgment and order unanimously reversed on the law, with costs to the appellant, and plaintiff's motion for summary judgment denied on the ground that there are questions of fact to be tried. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ BETTY SCHWARTZ, Appellant, v. ENGLISH-SPEAKING UNION (NEW YORK), INC., Respondent.— Order granting motion to dismiss is modified on the law and in the exercise of discretion, with costs to respondent. Appellant is granted leave to serve within 10 days from the service of a copy of the order to be entered herein, if she be so advised, an amended complaint containing an allegation that appellant was able and willing to perform, provided a reasonable adjournment of the closing had been granted by the vendor and eliminating from the complaint allegations with respect to objections to title not made on the law day, and on the condition that appellant serve with such amended complaint a stipulation (consented to in open court) that she consents to a consolidation of this action with the action for specific performance brought by respondent and now pending, and that she waives her right to a trial by jury. The order is otherwise affirmed. Settle order. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ WALTER HOCHSTADTER, Appellant, v. CHI CHUAN WANG, Respondent. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of KENISH REALTY CO., INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.